UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Fred Wallin, *on behalf of himself and all others similarly situated,* | : : : : |
| Plaintiff, | : Civil Action No. 3:22-cv-05960 (GC) : (DEA) : |
| vs. | : : Motion Date: February 20, 2024 |
| Naturelo Premium Supplements LLC, | : : |
| Defendant. | : : : |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Fred Wallin ("Wallin" or "Plaintiff"), on behalf of himself and all others similarly situated, hereby moves for entry of an Order granting preliminary approval of the Class Action Settlement Agreement between Plaintiff and Defendant Naturelo Premium Supplements LLC ("Naturelo").

Plaintiff respectfully requests that the Court (i) conditionally certify the Settlement Class for purposes of settlement; (ii) appoint Plaintiff as the Settlement Class Representative; (iii) appoint Lemberg Law, LLC, as Class Counsel; (iv) preliminarily approve the terms of the Settlement Agreement; (v) approve the form, content and method of delivering notice to the Settlement Class as set out in the Settlement Agreement as "the best notice that is practicable under the circumstances" (Fed. R. Civ. P. 23(c)(2)(B)); and (vi) schedule a final approval

1

hearing in accordance with the deadlines set forth in the proposed Preliminary Approval Order (Ex. A hereto) at ¶¶ 10 & 19.

In support, Plaintiff submits the accompanying Memorandum of Law in Support of Unopposed Motion to Preliminarily Approve Class Action Settlement, the executed Settlement Agreement and its exhibits, and the Declarations of Sergei Lemberg and Stephen F. Taylor

Plaintiff respectfully requests that the Court enter the proposed Preliminary Approval Order in the form attached as Exhibit A and schedule a Final Approval Hearing (Preliminary Approval Order ¶ 10) no earlier than 150 days after entry of the proposed Preliminary Approval Order to provide time for the notice process, exclusions and objections.

Undersigned counsel has conferred with Naturelo regarding this motion. Naturelo does not oppose the relief sought in this motion and entry of the proposed Preliminary Approval Order but does not join in all Plaintiff's factual or legal arguments set forth in his memorandum.

Dated: January 31, 2024

Respectfully submitted,
/s/ Sergei Lemberg
Sergei Lemberg
/s/ Stephen Taylor
Stephen Taylor (*phv*)
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court through the ECF system which gave notice of such filing to all parties of record.

                                          */s/ Sergei Lemberg*
                                            Sergei Lemberg