UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Fred Wallin, *on behalf of himself and all others similarly situated*, | |
| Plaintiff, | Civil Action No. 3:22-cv-05960 (GC) (DEA) |
| vs. | Motion Date: August 13, 2024 |
| Naturelo Premium Supplements LLC, | |
| Defendant. | |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Fred Wallin ("Wallin" or "Plaintiff"), on behalf of himself and all others similarly situated, hereby moves for entry of an Order granting final approval of the Class Action Settlement Agreement between Plaintiff and Defendant Naturelo Premium Supplements LLC ("Naturelo").

This Motion is based on this notice; the accompanying memorandum of points and authorities; the declarations from the Settlement Administrator, Sergei Lemberg, Stephen Taylor and the exhibits attached thereto.

Plaintiff respectfully requests that the Court enter the proposed final approval order attached hereto as Exhibit A.

Dated: July 30, 2024 

Respectfully submitted,
*/s/ Sergei Lemberg*
Sergei Lemberg
*/s/ Stephen Taylor*

1

                              Stephen Taylor (*phv*)
                              LEMBERG LAW, LLC
                              43 Danbury Road
                              Wilton, CT 06897
                              Telephone: (203) 653-2250
                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court through the ECF system which gave notice of such filing to all parties of record.

                                                   */s/ Sergei Lemberg*
                                                      Sergei Lemberg