**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Fred Wallin, *on behalf of himself and all others similarly situated*,

    Plaintiff,

vs.

Naturelo Premium Supplements LLC,

    Defendant.

Civil Action No. 3:22-cv-05960 (TJB)

## ORDER

The Court, having read and considered the Plaintiff's Motion for (1) an Award of Attorney's Fees and Expenses and (2) Incentive Award to the Named Plaintiff, and for good cause shown, is of the opinion that the motion should be granted. Accordingly, the Court hereby awards Class Counsel $500,000 in attorney's fees and expenses; and awards an incentive award in the amount of $10,000 to the Plaintiff.

IT IS SO ORDERED

DATE: August 13, 2024

Tonianne J. Bongiovanni
United States Magistrate Judge

DE No 36 is terminated